## RECONSIDERATION DOCKET

**95–1992.  Weiss v. Thomas & Thomas Dev. Co.**
Cuyahoga App. Nos. 67508, 67509, 67515 and 67516.  Reported at 79 Ohio St.3d 274, 680 N.E.2d 1239. On motion for reconsideration of Dry Hole National Petroleum Company et al.  Motion denied.

   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

   On motion for reconsideration of David Weiss as to affirmance of court of appeals' granting summary judgment.  Motion denied.

   DOUGLAS, J., would grant only as to Harry Gempel.

   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.